IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CRYPTON FUTURE MEDIA, INC., <br><br> Plaintiff, <br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No. 25-cv-1248-DAE <br><br> Honorable David A. Ezra |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P 41(a)(1)

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Crypton Future Media, Inc. ("Plaintiff"), hereby voluntarily dismisses its Complaint against the following Defendants identified on Schedule A, with prejudice, with each party responsible for its costs and attorneys' fees:

| **DOE** | **Name** |
|---|---|
| 18 | fashionhub27 |
| 35 | Casemiku |
| 52 | TSUKIYA |

Dated: October 14, 2025

Respectfully submitted,

/s/ *Karolina Jozwiak*
Karolina Jozwiak
***One of the Attorneys for Plaintiff***

Matthew De Preter
Karolina Jozwiak
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St. Suite 2800
Chicago, IL 60606
cdepreter@agdglaw.com
kjozwiak@agdglaw.com